# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION



| | |
|---|---|
| ANTHONY M. BOYD, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV406-76 |
| ROBERT LEVERETT, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

The instant 28 U.S.C. § 2254 petition was filed on February 13, 2006 in the United States District Court for the Northern District of Georgia and transferred to this Court on March 13, 2006. Docs. 1, 3. As petitioner appears to lack sufficient resources to prepay the filing fee, the Court GRANTS his motion for leave to proceed *in forma pauperis*. Because it "plainly appears" from the face of the petition that petitioner has failed to exhaust available state remedies and therefore "is not entitled to relief in the district court," the Court recommends that the petition be summarily

DISMISSED without prejudice for failure to exhaust. Rule 4, Rules Governing Section 2254 Proceedings in the United States District Courts.

Under 28 U.S.C. § 2254(b)(1)(A), "[a]n application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the State." See O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999) ("Federal habeas relief is available to state prisoners only after they have exhausted their claims in state court."). A state prisoner is required to allow the state court an opportunity to correct a constitutional error before a federal court may consider the case. Id. at 843.

Here, petitioner is being held at the Augusta-Richmond County Correctional Institution following his June 29, 2005 conviction imposed upon his guilty plea in the Superior Court of Chatham County. Petitioner was sentenced to seven years' imprisonment, with three years to serve. Petitioner admits in his habeas petition that he did not appeal and has not pursued any state collateral review of his sentence. Accordingly, the Court recommends that the instant petition be DISMISSED without prejudice for

failure to exhaust state remedies, so that petitioner may pursue the appropriate remedies in state court.

**SO REPORTED AND RECOMMENDED** this 28th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA